**Theodore E. KOERNER, Appellant,**

v.

**CITY OF LOUISVILLE and A. Wilson Edwards et al., etc., Appellees.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Alan T. Slyn, Louisville, for appellant.

James E. Thornberry, Director of Law, Frank A. Logan, Asst. City Atty., Oldham Clarke, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*